# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LORETTE PIERRE, GUILFORT DIEUVIL** and
**MAGDADENE DIEUVIL,**
Appellants,

v.

**RANDALL POWELL,**
Appellee.

No. 4D22-623

[February 16, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah L. Shullman, Judge; L.T. Case No. 50-2021-CC-009107-XXXX-MB.

Lorette Pierre, West Palm Beach, Magdadene Dieuvil, Vero Beach, and Guilfort Dieuvil, Vero Beach, pro se.

William M. Ford of The Law Office of William M. Ford, LLC, Royal Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH C.J., WARNER and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***